**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH, LLC, *Plaintiff*, v. VEIN360, LLC, *Defendant*. | Case No. 1:24-cv-00068-DRC |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Innovative Health, LLC gives notice that the above-captioned action is voluntarily dismissed without prejudice. Defendant Vein360, LLC has not served an answer or a motion for summary judgment.

Dated:  May 2, 2024

Respectfully submitted,

By: */s/ Rachael L. Rodman*
Rachael L. Rodman (0073872)
UB GREENSFELDER LLP
65 E. State St., Ste. 1100
Columbus, OH 43215
Telephone:  (614) 229-0038
Facsimile:  (614) 229-0039
rrodman@ubglaw.com

*Counsel for Plaintiff*
*Innovative Health, LLC*

1

94785997.1